## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**ERICH IVAN CROFT #10474-273**          **CASE NO.  1:25-CV-00614 SEC P**

**VERSUS**                               **JUDGE EDWARDS**

**WARDEN U S P POLLOCK**                 **MAG. JUDGE PEREZ-MONTES**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, no objection thereto having been filed, and finding that the recommendation is correct under applicable law,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus be DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

THUS DONE in Chambers on this 31st day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE